546

358 A.2d 63
Commonwealth ex rel. Valentine v. Valentine,
Appellant.

Argued April 19, 1976. Frederick N. Frank, with him Stewart B. Barmen, for appellant; June S. Schulberg, for appellee.

Order affirmed.

SPAETH, J., absent.

358 A.2d 61
Curley Appeal.

Argued April 13, 1976. Martin J. O'Brien, for appellant. John J. Morgan, with him C. Timothy Shaffer, for appellee.

Order affirmed.